1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MGAME CORPORATION, a Korean Corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>K2 NETWORK, INC., a California Corporation,<br><br>　　　　　　Defendant. | Case No. 2:12-cv-02525-JST(ANx)<br><br>**ORDER GRANTING REQUEST TO CONTINUE HEARING ON ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br><u>Current  Hearing Date:</u><br>**Date:**　　April 30, 2012<br>**Time:**　　10:00 a.m.<br><br><u>New  Hearing Date:</u><br>**Date:**　　May 14, 2012<br>**Time:**　　10:00 a.m. |

ORDER GRANTING REQUEST TO
CONTINUE HEARING

1 | Pursuant to the parties' Stipulation, and good cause having been shown,

2 | **IT IS HEREBY ORDERED** that the April 30, 2012 hearing on this Court's

3 | Order to Show Cause Why A Preliminary Injunction Should Not Issue shall be

4 | continued until May 14, 2012 at 10:00 a.m.

Dated: April 27, 2012

_____
The Hon. Josephine Staton Tucker
Judge of the United States District Court

ORDER GRANTING REQUEST TO
CONTINUE HEARING