1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| MGAME CORPORATION, a Korean Corporation, | Case No. 2:12-cv-02525-JST-ANx |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| K2 NETWORK, INC., a California Corporation, | |
| Defendant. | |

[PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE

Pursuant to the parties' Stipulation, **IT IS HEREBY ORDERED** that:

1. All claims in the above-referenced action between Plaintiff Mgame Corporation ("Mgame") and Defendant K2 Network, Inc. ("K2") are dismissed with prejudice.

2. Each party will bear its own costs, expenses, and attorneys' fees in this matter.

3. This Court will retain jurisdiction to enforce the Settlement Agreement entered into by Mgame and K2 on May 11, 2012, the terms and conditions of which are fully incorporated herein by reference.

Dated: May 18, 2012

**JOSEPHINE STATON TUCKER**
Honorable Josephine Staton Tucker
United States District Judge

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE